UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DANIEL RAD,
               Plaintiff,
    -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, NASSAU COUNTY DISTRICT
ATTORNEY'S OFFICE, & DISTRICT ATTORNEY
ANNE RICE, in her official capacity,
               Defendants.

------------------------------------------------------------------- x

CV-08-3257
(ADS)(ARL)

STIPULATION OF
DISMISSAL

      Plaintiff Daniel Rad and Defendants, COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY DISTRICT ATTORNEY'S OFFICE, & DISTRICT ATTORNEY ANNE RICE, in her official capacity, by their attorneys, stipulate pursuant to Federal Rule of Civil Procedure 41(a) that this action shall be voluntarily dismissed without costs due from or imposed against either party hereto in any way with respect to this action and this voluntary dismissal, and that each said party shall be responsible for their own attorney fees and costs to date.

LAW OFFICES OF SUSAN CHANA LASK

/s Susan Chana Lask
_____
By: Susan Chana Lask, Esq.
Attorney for Plaintiff
244 Fifth Avenue, Suite 2369
New York, New York 10001
(212) 358-5762

JOHN CIAMPOLI
~~Lorna B. Goodman~~
Nassau County Attorney

*Liora Ben-Sorek*

By: LIORA BEN-SOREK
Deputy County
Attorneys for Defendants
1 West Street
Mineola, New York 11501
(516) 571-3014

**SO ORDERED:**

_____
~~Arlene R. Lindsay~~
~~United States Magistrate~~ Judge

Arthur D. Spatt, U.S.D.J.  7/17/10

1